UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOSEPH W. BUCKNER,

    Petitioner,

v.                                                 Case No. 2:06-cv-272
                                                HON. R. ALLAN EDGAR

JERI-ANN SHERRY,

    Respondent.
_____/

## MEMORANDUM AND ORDER

Petitioner Joseph W. Buckner ("Buckner ") filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. The habeas petition was referred to Magistrate Judge Timothy P. Greeley for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and W.D. Mich. LCivR 72.1(d).

On June 22, 2009, the Magistrate Judge submitted his report and recommendation. [Doc. No. 37]. The Magistrate Judge recommends that the habeas petition be denied. Petitioner Buckner has not timely filed an objection to the report and recommendation.

After reviewing the record, the Court **ACCEPTS and ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and W.D. Mich. LCivR 72.3(b). The Court concludes that habeas petition is without merit for the reasons expressed in the report and recommendation. The petition for writ of habeas corpus brought under 28 U.S.C. § 2254 shall be **DENIED and DISMISSED WITH PREJUDICE**.

If Buckner files a notice of appeal, it will be treated as an application for a certificate of appealability which shall be **DENIED** pursuant to 28 U.S.C. § 2253(c)(2) and Fed. R. App. P. 22(b)(1) because the Court finds that he has not made a substantial showing of the denial of a federal constitutional right.

A separate judgment will enter.

SO ORDERED.

Dated: July 15, 2009.

                                               /s/ R. Allan Edgar
                                                     R. ALLAN EDGAR
                                           UNITED STATES DISTRICT JUDGE